UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CALVIN FARR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV412-112 |
| CAROL BRANNON, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 3, 2012, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms by June 2, 2012 would result in the dismissal of his case. (*Id.*) Plaintiff has not yet returned the forms. Since he has not complied with the conditions of the Court's order, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this <u> 5th </u> day of September, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA