FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 14 AM 11: 04

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN FARR,                    )
                                )
        Plaintiff,              )
                                )
v.                              )    CASE NO. CV412-112
                                )
CAROL BRANNON, Assistant        )
District Attorney               )
                                )
        Defendant.              )
                                )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 1983 complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **14**th day of September 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA